JON M. SANDS
Federal Public Defender
**TAMARA N. MULEMBO/HEATHER E. WILLIAMS**
Assistant Federal Public Defenders
State Bar No. 024490/011356
407 West Congress, Suite 501
Tucson, Arizona  85701-1355
Telephone:  (520) 879-7500
tamara_mulembo@fd.org/heather_williams@fd.org
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,       )<br>                                          )<br>            Plaintiff,                 )<br>                                          )<br>     vs.                                  )<br>                                          )<br> Marshall Edwin Home,       )<br>                                          )<br>            Defendant.             )<br>_____) | Case Nº CR-11-2498-TUC-DCB (GEE)<br><br>**MOTION FOR PSYCHOLOGICAL EVALUATION OF DEFENDANT TO DETERMINE COMPETENCY TO STAND TRIAL**<br><br>[No Objection - No Oral Argument Requested]<br>[18 U.S.C. §4241] |

Defendant, MARSHALL EDWIN HOME, through Jon M. Sands, Federal Public Defender, by Tamara N. Mulembo and Heather E. Williams, Assistant Public Defenders, pursuant to 18 U.S.C. §4241, following the oral motion made before and granted by the magisrtate on September 23, 2011, requests the defendant be evaluated by a licensed or certified psychologist, psychiatrist, or neuropsychologist to be named within 7 days, by agreement between the parties, to determine whether the defendant presently suffers from a mental disease or defect rendering him mentally incompetent to understand the nature and consequences of the proceedings against him or to properly assist in his defense, based upon the following.

SUBMITTED: September 23, 2011.

JON M. SANDS
Federal Public Defender

*/s/ Heather E. Williams*
HEATHER E. WILLIAMS
       and for TAMARA N. MULEMBO
Assistant Federal Public Defenders

*The above signed does hereby certify that, on the above date, she electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:*

ROBERT L. MISKELL
DILLON A. FISHMAN
Assistant U.S. Attorneys
Tucson, Arizona

BRUCE HEURLIN
Attorney for co-defendant
    BRODERICK

### STATEMENT OF FACTS

Defendant HOME is 81 years of age. His questions in court on September 22, 2011, as well as statements he has made to counsel, interpretations of the law, confusion as to any differences between civil, criminal, bankruptcy, and military courts, as well as memory lapses in dealings with counsel, raise issues of competency to stand trial and fully assist his lawyers in representing him.

This assessment is based upon a 10 year period of time during which Counsel Williams has seen HOME several times yearly when he would visit her Office, though no case was pending in which counsel represented HOME.

JON M. SANDS
Federal Public Defender

/s/ Heather E. Williams
HEATHER E. WILLIAMS
    and for TAMARA N. MULEMBO
Assistant Federal Public Defenders